ROGER KUBICEK AND THRESA KUBICEK, APPELLEES, V. MIKE SACHS AND AUDREY SACHS, APPELLANTS.

329 N.W.2d 111

Filed January 14, 1983. No. 82-510.

Dan D. Stoller, for appellants.

Roger Kubicek and Thresa Kubicek, pro se.

KRIVOSHA, C.J., BOSLAUGH, McCOWN, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The court, having reviewed the record, finds that the judgment of the trial court should be affirmed. The judgment is affirmed.

AFFIRMED.